UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ENTERPRISE HOLDINGS, INC.,      )
                                )
            Plaintiff,           )
                                )
        vs.                     )      Case No.  4:20-cv-01091-AGF
                                )
DAVID KRAMER,                   )
                                )
            Defendants.         )

## ORDER STAYING PROCEEDING

For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's uncontested Motion to Stay Proceedings [Doc. No. 15] is **GRANTED.**  All pending deadlines in this case are **STAYED** pending the resolution of a pending criminal investigation by the U.S. Attorney's office for the Eastern District of Missouri, Case No. 4:20-wi-00016-HEA, involving the subject matter of this case.

**IT IS FURTHER ORDERED** that Defendant David Kramer shall file a report with the Court regarding the status of the criminal case pending case by **November 2, 2020**, and every sixty days (60) days thereafter during the stay, and also within forty-eight (48) hours after the entry of a plea or return of a verdict in the criminal case.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2020